# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2009

Marilyn Kelly,
Chief Justice

139255

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STEVEN RAAB and AMBER RAAB,
      Plaintiffs-Appellants,

v

RIVER RIDGE-SALINE, LLC,
      Defendant-Appellee.

SC: 139255
COA: 280335
Washtenaw CC: 05-000326-CE

_____/

On order of the Court, the application for leave to appeal the May 12, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether the Washtenaw Circuit Court violated AO 1998-1 by remanding the case based on its review of documents the plaintiffs submitted with their response to the defendant's motion for summary disposition. See *Etefia v Credit Technologies Inc*, 245 Mich App 466 (2001). The parties should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2009

_____
Clerk

s1117